**Michael J. HASON, M.D.,**
**Plaintiff–Appellant,**

v.

**Wallace TOURTELLOTTE; Michael Meek; United States of America; James Davis; Marvin Garrell; National Computer Systems, Inc., Defendants–Appellees.**

No. 00–55302.

D.C. No. CV–98–06021–AHM.

United States Court of Appeals,
Ninth Circuit.

Submitted March 12, 2001.[1]

Decided March 28, 2001.

Before WALLACE, SILVERMAN, and W. FLETCHER, Circuit Judges.

MEMORANDUM [2]

Michael J. Hason appeals pro se the district court's judgment dismissing under Fed.R.Civ.P. 12(b)(6) his 42 U.S.C. § 1983 action alleging violations of his rights to due process and equal protection. We have jurisdiction pursuant to 28 U.S.C. § 1291. We review de novo, *see Shah v. County of Los Angeles*, 797 F.2d 743, 745 (9th Cir.1986), and we may affirm on any ground supported by the record, even if it differs from the rationale of the district court, *see Wade v. Terhune*, 202 F.3d 1190, 1194 (9th Cir.2000). We affirm.

Meek is a private party and Hason has not shown that Meek was acting under the color of state law. *See Lugar v. Edmondson Oil Co., Inc.*, 457 U.S. 922, 936–37, 102 S.Ct. 2744, 73 L.Ed.2d 482 (1982). A private party may only be liable

---

1. Because the panel unanimously finds this case suitable for decision without oral argument, Hason's motion for oral argument is denied. *See* Fed. R.App. P. 34(a)(2).

**746**

under 42 U.S.C. § 1983 if that party conspires with state officials to deprive others of constitutional rights. *See Kimes v. Stone,* 84 F.3d 1121, 1126 (9th. Cir.1996). Hason does not allege that Meek is a state employee and has not alleged specific facts to support the existence of a conspiracy between Meek and the Medical Board. We therefore conclude that he fails to state a claim against Meek. *See Burns v. County of King,* 883 F.2d 819, 821 (9th Cir.1989).

AFFIRMED.

---

**1.** The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2). Accordingly, appellant's request for oral argument is denied.

**2.** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as may be provided by 9th Cir. R. 36–3.